OPINION OF THE COURT
Memorandum.
Never before have we imposed the sanction of depriving a primary candidate of an election victory absent a showing of that candidate’s responsibility for the fraud or misconduct, nor does the record in this case warrant the imposition of such a sanction. Petitioner failed to present evidence sufficient to establish irregularities or misconduct under either the rule of Matter of De Martini v Power (27 NY2d 149) and Matter of Ippolito v Power (22 NY2d 594) or Matter of Lowenstein v Larkin (40 AD2d 604, affd 31 NY2d 654). Indeed, the Appellate Division acknowl *954 edged that the number of irregularities were not sufficient to change the result of the election or justify ordering a new election.